Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Sonia Torres

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA TORRES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TRUMP RUFFIN COMMERCIAL, LLC.<br>DBA TRUMP HOTEL INTERNATIONAL<br>LAS VEGAS, and DOES 1-50, inclusive<br><br>                    Defendants. | **Case No.:** 2:20-cv-00990<br><br>**PLAINTIFF'S DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

          Pursuant to Local Rule 7-1.1 and Fed. R. Civ. P. 7.1, the undersigned attorney of record for Plaintiff, Sonia Torres, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

    1.  Sonia Torres

          These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

          DATED this 2nd day of June, 2020.          WATKINS & LETOFSKY, LLP


                                                  By:  */s/ Theresa M. Santos*
                                                  _____
                                                  Daniel R. Watkins
                                                  Theresa M. Santoss
                                                  Attorneys for Plaintiff

**CERTIFICATE OF INTERESTED PARTIES**